IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:25CR17 |
| vs. | |
| EMERSON REYES-ANDRADE, | ORDER |
| Defendant. | |

This matter is before the court on the motion of Federal Public Defender Jeffrey L. Thomas and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Emerson Reyes-Andrade (Filing No. 80). Jeffrey L. Thomas represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Jeffrey L. Thomas' and the Office of the Federal Public Defender's motion to withdraw (Filing No. 80) is granted.

Candice C. Wooster, 728 South 10th Street, Lincoln, NE 68508, 402-441-4848, is appointed to represent Emerson Reyes-Andrade for the balance of these proceedings pursuant to the Criminal Justice Act. Jeffrey L. Thomas shall forthwith provide Candice C. Wooster with the discovery materials provided the defendant by the government and such other materials obtained by Jeffrey L. Thomas which are material to Emerson Reyes-Andrade's defense.

The clerk shall provide a copy of this order to Candice C. Wooster, and she shall file her appearance forthwith.

**IT IS SO ORDERED.**

Dated this 5th day of June, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge