IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>EMERSON REYES-ANDRADE, MICHELLE RENEE HORTON, VALLENE MARIE BELL, JUSTINO ANGEL MARTINEZ, and CARLOS U. SANDOVAL-PORTILLO,<br><br>        Defendants. | 8:25CR17<br><br>ORDER |

This matter is before the Court on defendant Emerson Reyes-Andrade's Unopposed Motion to Continue Trial (Filing No. 84). Counsel needs additional time to complete the review of the discovery in this matter and confirm the next steps with the defendant. The government and counsel for co-defendants have no objection to the continuance. For good cause shown,

IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 84) is granted as follows:

1. The jury trial, **for all defendants**, now set for August 25, 2025, is continued to **November 3, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 3, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

Dated this 11th day of August 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge