IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br> v.<br><br>EMERSON REYES-ANDRADE, MICHELLE RENEE HORTON, VALLENE MARIE BELL, and CARLOS U. SANDOVAL-PORTILLO,<br><br>      Defendants. | 8:25CR17<br><br>ORDER |

   This matter is before the Court on defendant Carlos U. Sandoval-Portillo's Unopposed Motion to Continue Trial (Filing No. 91). Counsel needs additional time to pursue plea negotiations. The government and counsel for co-defendants have no objection to the continuance. For good cause shown,

   IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 91) is granted as follows:

1.  The jury trial, **for all defendants**, now set for December 15, 2025, is continued to **January 20, 2026.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 20, 2026**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

   Dated this 2nd day of December 2025.

                                   BY THE COURT:

                                   Robert F. Rossiter, Jr.
                                   Chief United States District Judge